# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

IN RE:                            )  Case Nos.:

LEAVE OF ABSENCE REQUEST    )  1:18-cr-0055, D. Hall
KURT A. WORTHINGTON        )  1:18-cv-00192, J. Hamm

June 3, 2019 and June 4, 2019;     )
June 10, 2019 through June 4, 2019;  )
June 24, 2019 through June 28, 2019;  )
July 10, 2019 through July 12, 2019; and  )
July 18, 2019 through July 19, 2019.    )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Kurt A. Worthington,

attorney in the above-cited cases, for the dates of June 3, 2019 and June 4, 2019; June 10, 2019

through June 4, 2019; June 24, 2019 through June 28, 2019; July 10, 2019 through July 12, 2019;

and July 18, 2019 through July 19, 2019, for vacations out of state; same is hereby GRANTED.

This _9th_ day of ___May___, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA