UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | 1:18-cr-0055, D. Hall |
| KURT A. WORTHINGTON | ) | 1:18-cv-00192, J. Hamm |
| | ) | |
| June 3, 2019 and June 4, 2019; | ) | |
| June 10, 2019 through June 4, 2019; | ) | |
| June 24, 2019 through June 28, 2019; | ) | |
| July 10, 2019 through July 12, 2019; and | ) | |
| July 18, 2019 through July 19, 2019. | ) | |

## ORDER

Upon consideration of the Motion to Amend Order Granting Motion for Leave of Absence filed by Kurt A. Worthington, attorney in the above-cited cases, it appears a typographical error was made. Instead of June 10, 2019 through June 4, 2019, the amended dates should read June 10, 2019 through June 14, 2019. All other dates on the previously filed Order will remain the same. Having considered the Motion, same is hereby GRANTED.

This 22nd day of May, 2019.

J. RANDALL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA